Anthony C. KENNEY, Appellant,

v.

HARBOR DISTRIBUTING COMPANY; Nick Pierce, Director, Appellees.

No. 01–1759.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 30, 2001.

Decided Sept. 5, 2001.

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Anthony Kenney appeals the district court's [1] dismissal of one defendant, and its grant of summary judgment to the other defendant, in his race discrimination lawsuit. Having carefully reviewed the record and the parties' submissions on appeal, we conclude that the district court's rulings were correct. *See Ring v. First Interstate Mortgage, Inc.,* 984 F.2d 924, 926 (8th Cir.1993) (standard of review for Fed. R.Civ.P. 12(b)(6) dismissal); *Lynn v. Deaconess Med. Center–W. Campus,* 160 F.3d 484, 486 (8th Cir.1998) (standard of review for grant of summary judgment).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

---

1. The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.